UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN DE LA ROCHA,<br><br>   Petitioner,<br><br>   v.<br><br>PAUL THOMPSON,<br><br>   Respondent. | No. 2:21-cv-1923 KJM AC P<br><br><br>ORDER |

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and has paid the filing fee.

Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer or a motion to dismiss.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer or a motion to dismiss within sixty days from the date of this order. If an answer is filed, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

////

1

      2. If respondent files an answer, petitioner's traverse, if any, is due within thirty days of service of the answer. If respondent files a motion to dismiss, an opposition is due within thirty days of service of the motion.

      3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

DATED: December 6, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE