UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN DE LA ROCHA, | No. 2:21-cv-1923 KJM AC P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| PAUL THOMPSON, | |
| Respondent. | |

    Petitioner is a federal prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2241.  On February 4, 2022, respondent filed a motion to dismiss the petition.  ECF No. 7.  Petitioner has not opposed respondent's motion.

    Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days from the service of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 24, 2022

                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE